FISHER & PHILLIPS LLP
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mmassey@fisherphillips.com

STEVE A. MILLER, ESQ.*
10 South Wacker Drive
Suite 3450
Chicago, IL 60606
Telephone:  (312) 580-7817
E-Mail Address:  smiller@fisherphillips.com
*Pro Hac Vice Forthcoming

*Attorneys for Defendant, Manaso Investments, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, individually;<br><br>Plaintiff,<br><br>vs.<br><br>MANASO INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No: 2:22-cv-000623-CDS-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MANASO INVESTMENTS, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The Parties, Plaintiff Michele Joseph and Defendant Manaso Investments, LLC, by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint up to and including August 15, 2022.  This is the first request for an extension of time to answer the Complaint in this matter.

/ / /

The parties respectfully submit that the requested extension is sought in good faith, not for the purposes of delay, and it does not cause unfair prejudice to either side.

Dated this 1st day of August, 2022.

| FISHER & PHILLIPS LLP | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| /s/ Marian L. Massey, Esq. | /s/ Owen B. Dunn, Esq. |
| MARIAN L. MASSEY, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101 | ROBERT P. SPRETNAK, ESQ.<br>8275 South Eastern Ave., Suite 200<br>Las Vegas, Nevada 89123 |
| STEVE A. MILLER, ESQ.*<br>10 South Wacker Drive<br>Suite 3450<br>Chicago, IL 60606<br>*Pro Hac Vice Forthcoming<br>Attorneys for Defendant | OWEN B. DUNN, JR.<br>The Law Offices of Owen Dunn Jr.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Ave., suite 222<br>Toledo, OH 43615<br>Telephone: (419) 241-9661<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

_[signature]_

UNITED STATES MAGISTRATE JUDGE

8-2-2022

DATED

FP 44252197.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101