FISHER & PHILLIPS LLP
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mmassey@fisherphillips.com

STEVE A. MILLER, ESQ.
10 South Wacker Drive
Suite 3450
Chicago, IL 60606
Telephone:  (312) 580-7817
E-Mail Address:  smiller@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, individually; | ) Case No: 2:22-cv-000623-CDS-VCF |
| Plaintiff, | ) |
| vs. | ) **SECOND STIPULATION TO EXTEND TO EXTEND TIME FOR DEFENDANT MANASO INVESTMENTS, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| MANASO INVESTMENTS, LLC, a Nevada limited liability company, | ) |
| Defendant. | ) **(Third Request)[1]** |

The Parties, Plaintiff Michele Joseph and Defendant Manaso Investments, LLC, by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by fourteen (14) days, up to and including September 8, 2022.  This is the second Stipulation and Order to Extend Time to Respond to the Complaint, and the third request for an extension of time to answer the Complaint in this matter. The Parties are engaged in ongoing settlement negotiations and respectfully request additional time to evaluate early dispute

---

[1] This is the Parties' Second Stipulation and Order to Extend Time to Respond to Complaint, but it is the third request for an extension of the time to respond to Plaintiff's Complaint.  (*See* ECF Nos. 11, 14).

FP 45022789.1

- 1 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

1  resolution prior to Defendant's response to the allegations raised in Plaintiff's

2  Complaint.

3      The Parties respectfully submit that the requested extension is sought in good

4  faith, not for the purposes of delay, and it does not cause unfair prejudice to either side.

5

6      Dated this 25th day of August, 2022.

7

8  FISHER & PHILLIPS LLP                    LAW OFFICES OF ROBERT P.
                                            SPRETNAK
9

10 /s/ Steve A. Miller, Esq.                /s/ Owen B. Dunn, Esq.
   MARIAN L. MASSEY, ESQ.                   ROBERT P. SPRETNAK, ESQ.
11 300 South Fourth Street, Suite 1500     8275 South Eastern Ave., Suite 200
   Las Vegas, Nevada 89101                 Las Vegas, Nevada 89123
12

13 STEVE A. MILLER, ESQ.                    OWEN B. DUNN, JR.
   10 South Wacker Drive                    The Law Offices of Owen Dunn Jr.
14 Suite 3450                               The Ottawa Hills Shopping Center
   Chicago, IL 60606                        4334 W. Central Ave., suite 222
15 *Attorneys for Defendant*                Toledo, OH 43615
                                            Telephone: (419) 241-9661
16                                          *Attorneys for Plaintiff*

17

18                                          **ORDER**

19
   IT IS SO ORDERED:
20

21                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
22
                                            August 25, 2022
23                                          _____
                                            DATED
24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101