**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MICHELE JOSEPH,<br><br>            Plaintiff,<br><br>v.<br><br>MANASO INVESTMENTS, LLC, a Nevada limited liability company,<br><br>            Defendant(s). | 2:22-cv-00623-CDS-VCF<br><br>**ORDER** |

Before the court is *Michele Joseph v. Manaso Investments, LLC*, case number 2:22-cv-00623-CDS-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before November 8, 2022.

DATED this 25th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE