Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com

Owen B. Dunn, Jr., Esq., OH bar (0074743), admitted *pro hac vice*
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661 – Phone
(419) 241-9737 - Facsimile
dunnlawoffice@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| Michele Joseph, Individually, | : | Case No. 2:22-cv-000623-CDS-VCF |
| | : | Judge Cristina D. Silva |
| Plaintiff, | : | Magistrate Judge Cam Ferenbach |
| v. | : | |
| | : | **STIPULATION AND ORDER** |
| MANASO INVESTMENTS, LLC, a Nevada limited liability company, | : | |
| Defendant. | : | |
| _____/ | | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this case may be dismissed with prejudice and without costs.

Respectfully submitted,

Dated: October 26, 2022         Dated: October 26, 2022

/s/ Owen B. Dunn, Jr.            /s/ Steve A. Miller, Esq.
Owen B. Dunn, Jr. (0074743)      STEVE A. MILLER, ESQ.
Law Offices of Owen Dunn, Jr.    10 South Wacker Drive

1

| | |
|---|---|
| 4334 W. Central Ave., Ste. 222<br>Toledo, OH 43615<br>419-241-9661/Fax: 419-241-9737<br>Email: dunnlawoffice@sbcglobal.net | Suite 3450<br>Chicago, IL 60606<br>Attorney for Defendant Manaso Investments, LLC |

and

Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 454-4900
Fax: (702) 938-1055
bob@spretnak.com
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
United States District Judge
Dated: October 28, 2022